IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TELLY ROYSTER,

    Plaintiff,

vs.

JEFFREY BEARD, ET AL.,

    Defendants.

CIVIL ACTION NO. 3:CV-06-0842

(JUDGE CAPUTO)

## MEMORANDUM ORDER

On April 2, 2007, a Memorandum and Order dated March 29, 2007 was issued which contained a typographical error in paragraph 1. of the Order, **NOW THEREFORE, IT IS HEREBY ORDERED** that this Court's Order dated March 29, 2007 is hereby **VACATED**, and the following shall constitute the **AMENDED ORDER** in this case:

**NOW**, this 2nd day of May, 2007, in accordance with this Court's Memorandum dated March 29, 2007, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. 15) Plaintiff's complaint is GRANTED in part and DENIED in part. Plaintiff's claims arising prior to April 24, 2004 are barred by the applicable statute of limitations, and are therefore dismissed. All other relief sought in Defendants' Motion to Dismiss is DENIED.

2. All discovery shall be completed within thirty (30) days from the date of this Order.

3. Dispositive motions shall be due thirty (30) days from the completion of discovery.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge

FILED
SCRANTON

MAY 0 2 2007

PER _____
DEPUTY CLERK